IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DANIELLE FERGUS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:18-cv-02330-JWL-GLR |
| FAITH HOME HEALTHCARE, INC., | ) ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of August 2018, a true and correct copy of *Plaintiff's First Interrogatories to Defendant, Plaintiff's First Request for Production of Documents to Defendant and Plaintiff's First Request for Admissions to Defendant* were sent by electronic mail in word format and pdf format, to the following attorneys of record:

Luke Demaree
James Kessinger
Kessinger Law Firm
200 NW Englewood, Ste. B
Kansas City, MO 64118
Lad4law@kc.rr.com
Jak4law@kc.rr.com

Respectfully Submitted,

**CORNERSTONE LAW FIRM**

By: _____/s/ Brittany C. Mehl_____
Ryan M. Paulus        DKAN BAR 78276
r.paulus@cornerstonefirm.com
Brittany C. Mehl      DKAN BAR 78534
b.mehl@cornerstonefirm.com
8350 N. St. Clair Ave., Ste. #225
Kansas City, Missouri 64151
Telephone        (816) 581-4040
Facsimile        (816) 741-8889
**ATTORNEYS FOR PLAINTIFF**

EXHIBIT
3