Case 2:18-cv-02330-JWL   Document 23-4   Filed 11/05/18   Page 1 of 3

## Brittany C. Mehl

| | |
|---|---|
| **From:** | lad4law@kc.rr.com |
| **Sent:** | Thursday, October 4, 2018 3:33 PM |
| **To:** | Brittany C. Mehl; JAK4LAW@KC.RR.COM |
| **Cc:** | 'Ryan Paulus'; 'Kelli Reeder' |
| **Subject:** | Re: Danielle Fergus v. Faith Home Healthcare, Inc. |
| **Attachments:** | ANswers to Roggs.pdf; ANswers to RFP.pdf; Fergus 1-12.PDF; Fergus 13-59.PDF |

Ms. Mehl,

Find attached the Defendant's responses to Plaintiff's discovery requests. On the proposed protective order, we object to the statements regarding the characterization of Plaintiff's claims. The statements are incorrect and unnecessary.

Luke Demaree
Kessinger Law Firm, P.C.
200 NW Englewood, Ste. A-B
Kansas City, MO 64118
(816) 436-0707 – Office
(816) 436-1380 – Fax
lad4law@kc.rr.com

Note: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly gaining access to your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. If you want future communications to be sent in a different fashion, please let me know at once.

**From:** Brittany C. Mehl
**Sent:** Friday, September 21, 2018 4:44 PM
**To:** lad4law@kc.rr.com ; JAK4LAW@KC.RR.COM
**Cc:** 'Ryan Paulus' ; 'Kelli Reeder'
**Subject:** RE: Danielle Fergus v. Faith Home Healthcare, Inc.

Luke,

Any word on our joint protective order? I am leaving the office on vacation through next week. If you approve of what I sent you and can get it filed tonight, please let me know. Thanks.

Very Respectfully,

Brittany C. Mehl | Associate| b.mehl@cornerstonefirm.com


EXHIBIT 4

1

## Brittany C. Mehl

| | |
|---|---|
| **From:** | lad4law@kc.rr.com |
| **Sent:** | Thursday, October 4, 2018 3:33 PM |
| **To:** | Brittany C. Mehl; JAK4LAW@KC.RR.COM |
| **Cc:** | 'Ryan Paulus'; 'Kelli Reeder' |
| **Subject:** | Re: Danielle Fergus v. Faith Home Healthcare, Inc. |
| **Attachments:** | Fergus 60-94.PDF; Fergus 95-166.PDF; Fergus 167-181.pdf |

Continued

**From:** Brittany C. Mehl
**Sent:** Friday, September 21, 2018 4:44 PM
**To:** lad4law@kc.rr.com ; JAK4LAW@KC.RR.COM
**Cc:** 'Ryan Paulus' ; 'Kelli Reeder'
**Subject:** RE: Danielle Fergus v. Faith Home Healthcare, Inc.

Luke,

Any word on our joint protective order? I am leaving the office on vacation through next week. If you approve of what I sent you and can get it filed tonight, please let me know. Thanks.

Very Respectfully,


Brittany C. Mehl | Associate| b.mehl@cornerstonefirm.com

8350 N St. Clair Ave. Suite 225 | Kansas City, MO 64151

Office Main: 816.581.4040 | Office Direct: 816.581.4046 | Fax: 816.741.8889


NOTICE: The choice of a lawyer is an important decision and should not be based solely on advertisements. Past results afford no guarantee of future results. Every case must be judged on its own merits. Additionally, you are hereby notified that 1) e-mail communication is not a secure method of communication, 2) any e-mail communications may be copied and held by various computers through which it passes, and 3) e-mail communications may be intercepted by improperly accessing any computer through which it passes. You are hereby further notified that the information contained in this e-mail communication is legally-privileged and confidential information intended only for the receipt by and use of its intended recipient. Any copying, dissemination, or other use of this communication by any unintended recipient is strictly prohibited. If you have received this communication in error, please contact this office immediately by phone at (816) 581-4040. Thank you.


**From:** Brittany C. Mehl <b.mehl@cornerstonefirm.com>
**Sent:** Thursday, September 20, 2018 3:07 PM
**To:** 'lad4law@kc.rr.com' <lad4law@kc.rr.com>; 'Kelli Reeder' <k.reeder@cornerstonefirm.com>; 'JAK4LAW@KC.RR.COM' <JAK4LAW@KC.RR.COM>
**Subject:** RE: Danielle Fergus v. Faith Home Healthcare, Inc.

Luke,

A two week extension is fine.

1

## Brittany C. Mehl

| | |
|---|---|
| **From:** | lad4law@kc.rr.com |
| **Sent:** | Thursday, October 4, 2018 3:34 PM |
| **To:** | Brittany C. Mehl; JAK4LAW@KC.RR.COM |
| **Cc:** | 'Ryan Paulus'; 'Kelli Reeder' |
| **Subject:** | Re: Danielle Fergus v. Faith Home Healthcare, Inc. |
| **Attachments:** | Fergus 182-187.pdf; Fergus 188.pdf; Fergus 189-210.pdf |

Continued

**From:** Brittany C. Mehl
**Sent:** Friday, September 21, 2018 4:44 PM
**To:** lad4law@kc.rr.com ; JAK4LAW@KC.RR.COM
**Cc:** 'Ryan Paulus' ; 'Kelli Reeder'
**Subject:** RE: Danielle Fergus v. Faith Home Healthcare, Inc.

Luke,

Any word on our joint protective order? I am leaving the office on vacation through next week. If you approve of what I sent you and can get it filed tonight, please let me know. Thanks.

Very Respectfully,


Brittany C. Mehl | Associate| b.mehl@cornerstonefirm.com

8350 N St. Clair Ave. Suite 225 | Kansas City, MO 64151

Office Main: 816.581.4040 | Office Direct: 816.581.4046 | Fax: 816.741.8889

NOTICE: The choice of a lawyer is an important decision and should not be based solely on advertisements. Past results afford no guarantee of future results. Every case must be judged on its own merits. Additionally, you are hereby notified that 1) e-mail communication is not a secure method of communication, 2) any e-mail communications may be copied and held by various computers through which it passes, and 3) e-mail communications may be intercepted by improperly accessing any computer through which it passes. You are hereby further notified that the information contained in this e-mail communication is legally-privileged and confidential information intended only for the receipt by and use of its intended recipient. Any copying, dissemination, or other use of this communication by any unintended recipient is strictly prohibited. If you have received this communication in error, please contact this office immediately by phone at (816) 581-4040. Thank you.

**From:** Brittany C. Mehl <b.mehl@cornerstonefirm.com>
**Sent:** Thursday, September 20, 2018 3:07 PM
**To:** 'lad4law@kc.rr.com' <lad4law@kc.rr.com>; 'Kelli Reeder' <k.reeder@cornerstonefirm.com>; 'JAK4LAW@KC.RR.COM' <JAK4LAW@KC.RR.COM>
**Subject:** RE: Danielle Fergus v. Faith Home Healthcare, Inc.

Luke,

A two week extension is fine.

1